AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

RECEIVED
MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO

2019 OCT 15  PM 3: 43

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 OCT 18  PM 1: 50

CLERK-ALBUQUERQUE

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No.   19-3595 WJ |
| ANGELITA BENALLY | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

*Amended*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANGELITA BENALLY                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment   ☐ Information    ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1153 and 1112: Involuntary Manslaughter;
Count 2: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury.

Date:   _____10/15/2019_____

City and state:   _____Albuquerque, NM_____

_____
*Issuing officer's signature*

Mitch Elfers, Clerk of Court
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*  10/15/19  , and the person was arrested on *(date)*  10/17/19
at *(city and state)*  _____.

Date:  10/18/19

_____
*Arresting officer's signature*

JAMES JODLA, SPECIAL AGENT
*Printed name and title*