# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Arraignment/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19cr3595 WJ | UNITED STATES vs. Benally | |
| Hearing Date: | 10/21/2019 | Time In and Out: | 9:51-9:56 & 10:59-11:03 |
| Courtroom Deputy: | E. Hernandez | Digital Recording: | Rio Grande |
| Defendant: | Angelita Benally | Defendant's Counsel: | Emily Carey |
| AUSA: | Frederick Mendenhall | Pretrial/Probation: | S. Day |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Monday, November 11, 2019
- ☒ Discovery Order electronically entered     ☐ Discovery Order previously entered
- ☒ Case assigned to: Chief Judge Johnson
- ☒ Trial will be scheduled by presiding judge     ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☐ Defendant
- ☒ Conditions of release imposed

## Other

☒ Defense requests release to la pasada; government does not object; court questions pretrial services; pretrial services responds; court recess taken for defendant to be interviewed; court back in session; pretrial services recommends release to la pasada; government does not object; defense does not object; defendant released to la pasada