# CLERK'S MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa, United States Magistrate Judge

Motion hearing

| | | | |
|---|---|---|---|
| Case Number: | 19cr3595 KWR | UNITED STATES vs. Benally | |
| Hearing Date: | 2/28/2020 | Time In and Out: | 9:34-9:39 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Angelita Benally | Defendant's Counsel: | Emily Carey |
| AUSA: | Frederick Mendenhall | Pretrial/Probation: | K. Avrit |
| Interpreter: | N/A | Witness: | |

## Proceedings

Court calls case; counsel enter their appearances; court addresses counsel; government responds, does not object to modifications requested; defense responds, does not object to alcohol monitoring or no driving conditions; court addresses probation officer; probation officer responds; court grants request with additional conditions imposed; court in recess

## Custody Status

- [x] Defendant continued on release
- [ ] Conditions

## Other Ruling

- [ ]