# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 19-3595 KWR | | USA vs.: BENALLY | |
| Date: 7/1/20 | | Name of Deft: ANGELITA BENALLY | |

Before the Honorable: Kea W. Riggs

| | | | |
|---|---|---|---|
| Time In/Out: 2:21pm-3:24pm | | Total Time in Court (**for JS10**): 1 hr 3 minutes | |
| Clerk: C. Bevel | | Court Reporter: J. Goehl | |
| AUSA: Frederick Mendenhall | | Defendant's Counsel: Emily Carey | |
| Sentencing in: Albuquerque | | Interpreter: N/A | |
| Probation Officer: George Rodriguez | | Interpreter Sworn?   Yes   No | |

| Convicted on: | **X** Plea | Verdict | As to: | Information | **X** Indictment |
|---|---|---|---|---|---|
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: Count 1 | | |
| If Plea Agreement: | **X** Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: 2/21/20 | PSR: **X** Not Disputed | Disputed | **X** Courts adopts PSR Findings | | |
| Evidentiary Hrg: **X** Not Needed | Needed | Exceptions to PSR: Defendant's Objection overruled | | | |

### SENTENCE IMPOSED    Imprisonment (BOP): 30 months

| Supervised Release: 3 years | | Probation: |
|---|---|---|
| REC **X** 500-Hour Drug Program | BOP Sex Offender Program | Other: |
| ICE   Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | **X** | Community service for 100 hours during supervised release. |
| **X** | Participate in/successfully complete subst abuse program/testing | | Reside halfway house   6   months ___ days |
| **X** | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| **X** | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| **X** | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| **X** | OTHER: You must take all mental health medications that are prescribed by your treating physician. You may be required to pay all, or a portion, of the costs of the program | | |

| | | | |
|---|---|---|---|
| Fine: $ 0 | | Restitution: $ | 515.20 Further restitution to be left open and ruled upon by the Court within 60 days |
| SPA: $ 100.00 (100 per count) | | Payment Schedule: **X** Due Immediately | Waived |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Deft on Conditions of Release | **X** | Voluntary Surrender- 60 days from date of entry of Judgment |

| X | Recommended place(s) of incarceration: | BOP Facility with RDAP program Safford AZ |
|---|---|---|
|   | Dismissed Counts: | |
| OTHER COMMENTS: | Ms. Carey objects to restitution for R.G. in Paragraphs 21 and 83 of the PSR. Court will hear argument as to restitution and go from there. Mr. Mendenhall addresses restitution regarding second victim. No objection from counsel regarding going forward with sentencing and holding restitution as to victim two will remain open. Defendant addresses Court. Ms. Ruby Greysinger, victim's mother addresses Court. By agreement of counsel and the Court, restitution decision will be incorporated into the Judgment, no further hearing will be necessary. | |