UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ZOOM Clerk's Minutes
Before the Honorable Kea W. Riggs

**CASE NO.** 1:19-CR-03595-KWR         **DATE:** September 24, 2020

**TITLE:** *USA v. Angelita Benally*

**COURTROOM CLERK:** C. Bevel         **COURT REPORTER:** J. Goehl

**COURT IN SESSION:** 1:29PM-1:47PM   **TOTAL TIME:** 18 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE ON OUTSTANDING RESTITUTION

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**
  Frederick Mendenhall                     Emily Carey

**PROCEEDINGS:**

1:29pm   Court in session, counsel enter appearances, defendant present with counsel, all appearing by zoom.

1:30pm   Court has reviewed second addendum and objections to the second addendum, also a third addendum filed today.

1:30pm   All counsel has received and reviewed the addendum. Defendant's objection remains.

1:31pm   Mr. Mendenhall addresses court regarding outstanding restitution and the claim for personal expenses claimed by victim, victim wants to be heard on amounts claimed. Mr. Mendenhall does not believe he can prove claimed amounts for personal property of Mr. Maganda.

1:34pm   Court is not inclined to grant the requested restitution for personal items.

1:36pm   Mr. Mendenhall responds regarding valuation of vehicle, will provide further documentation.

1:38pm   Ms. Carey responds regarding claims for personal property and valuation of vehicle.

1:43pm    Court will reset hearing for October 7, 2020 at 10:00 via zoom.

1:44pm    Court indicates restitution will go forward without testimony of victim. Victim could have addresses the court at the time of sentencing and did not.

1:44pm    Mr. Mendenhall indicates this Court can hold restitution open for longer than 90 days.

1:45pm    Ms. Carey maintains the objection that Mr. Maganda is not a victim for purposes of restitution.

1:47pm    Court in recess.