```
ORI: NMNSP0089 ORN: DAT: 03/05/19 TIM: 0256
MRI 24935423 IN: NMRI 1335 AT 05MAR2019 03:01:31 OUT: 00DPS9000 501 AT 05MAR2019 03:01:31 NMSP19056019
```

EVENT: NMSP19056019                                                                                           BADGES: 676

Response

Response for query - QUERY: BEANLY,ANGELA 19831003 F NM

NO DRIVERS LICENSE RECORD FOUND FOR THE GIVEN SEARCH CRITERIA

```
MRI 24935425 IN: DLR 1473 AT 05MAR2019 03:01:31 OUT: 00DPS9000 502 AT 05MAR2019 03:01:31 NMSP19056019
```

EVENT: NMSP19056019                                                                                           BADGES: 676

Response

Response for query - QUERY: 7CSU667 CA

```
CALIFORNIA  VEHICLE REGISTRATION

RR.CALIC0000
02:59 03/05/2019 01448
02:59 03/05/2019 10576 NMNSP0089
*routec0000
TXT
DATE: 03/05/19 TIME: 01:59
INSURANCE INFORMATION UNKNOWN
REG VALID FROM: 12/08/18 TO 12/08/19
LIC#:7CSU667 YRMD:14 MAKE:NISS BTM :4D VIN :1N4AL3AP4EN214689
R/O :MAGANDA JUAN DANIEL GARIBO, 818 SOUTH J ST CITY:SN BERNRDNO
C.C.:36 ZIP#:92410
SOLD:00/00/13 RCID:11/26/18 OCID:03/13/18 LOCD:8
L/O :GANAS AUTO, 11705 VALLEY BLVD CITY:EL MONTE ZIP :91732
12/03/18 VEH REG SUSPENDED EFF: 12/03/2018


02/17/2018-ODOMETER:    55,926 MILES  ACTUAL MILEAGE

END
```

```
MRI 24935332 IN: NLET 2777 AT 05MAR2019 02:59:49 OUT: 00DPS9000 500 AT 05MAR2019 02:59:49 NMSP19056019
```

EVENT: NMSP19056019                                                                                           BADGES: 676

Response

Response for query - QUERY: 7CSU667 CA

NMNSP0089

Your inquiry for  LIC/7CSU667 has been queried by the following agencies in the past 10 days

ORI: NMNSP0089 ORN: DAT: 03/05/19 TIM: 0254
```
MRI 24935330 IN: NMRI 1329 AT 05MAR2019 02:59:48 OUT: 00DPS9000 498 AT 05MAR2019 02:59:48 NMSP19056019
```

EVENT: NMSP19056019                                                                                           BADGES: 676

Response

Response for query - QUERY: 7CSU667 CA

**GOVERNMENT EXHIBIT 1**

U.S. v. Angelita Benally_140