

GOVERNMENT EXHIBIT 2