| California Insurance ID Card | If You Are In An Accident |
|---|---|

**Alliance United Insurance Company**
PO Box 280339,
Northridge, CA 91328-0339                      **NAIC # 10920**

| **Policy Number** | **Effective Date** | **Expiration Date** |
|---|---|---|
| MIL4374569 | 3/4/2019 | 9/4/2019 |

(ID card valid only if coverage is in-force)

**Named Insured:**                **Named Drivers:**

JUAN DANIEL GARIBO MAGANDA     - JUAN DANIEL GARIBO MAGANDA
818 S J ST
SAN BERNARDINO,
CA 92410-2728

**Broker:**

Veronica's Auto Insurance Services- Colton

(909) 723-1900

**Vehicle Information**

| Year | Make | Model | VIN # |
|---|---|---|---|
| 2014 | NISS | ALTIMA | 1N4AL3AP4EN214689 |

**If You Are In An Accident**

1. Do not leave the scene.
2. Call the police to report the accident.
3. Call at **(800) 508-5833.**
4. Do not admit fault. Do not discuss the accident with anyone except the policy and your representative.
5. Exchange information with the other driver. Ask for the following:

   ★ Name, address, driver's license number, and phone numbers of other drivers and witnesses.
   ★ Year, make, model, and license plate number of all vehicles involved.
   ★ Name of Insurance Company and policy number of other drivers.

**GOVERNMENT EXHIBIT**

**3**