

Q  Try "Wrangler"            New  Used  Reviews  Appraise



Home  /  Nissan  /  Nissan Altima  /  Used 2014 Nissan Altima  /  Appraisal value

# 2014 Nissan Altima Value - Find Out What Your Car's Worth

Change vehicle  ›



Photos & Videos

✓  **Location and Style**

✓  **Colors and Options**

✓  **Condition and Mileage**

4  Appraisal Report

## Great News! Your appraisal report includes a cash offer

🚗 **edmunds** APPRAISAL REPORT

**CARMAX**
Cash Offer
○

| $5,936 | $6,736 | **$7,536** | $7,936 |
|--------|--------|-----------|--------|
| Rough | Average | **Clean** | Outstanding |

### Get your cash offer now

Simply answer a few questions to get your no-obligation offer redeemable at:

**CARMAX**

5500 Alameda Blvd.
Albuquerque, NM 87113



GOVERNMENT
EXHIBIT
5

Continue

Not ready to sell? Save this offer

## Appraisal Report Details

As of 08/21/2020

**2014 Nissan Altima**
2.5 4dr Sedan (2.5L 4cyl CVT)
Mileage: 62,000 | Exterior: Pearl White

Email report

Trade-In value ☐

| Value Based on Condition: | Clean ⌄ |
|---|---|
| National Base Price ⓘ | $5,716 |
| Color Adjustment ⓘ | -$1 |
| Regional Adjustment ⓘ | $348 |
| Mileage Adjustment ⓘ | $673 |
| Condition Adjustment ⓘ | $800 |
| **Clean Condition Value** | **$7,536** |

Hide detailed report ⌃

## Get a real offer in minutes

Just answer a few questions about your vehicle to receive a redeemable, no-obligation cash offer. Sell your car and get a check the smart way.

**CARMAX**

5500 Alameda Blvd.
Albuquerque, NM 87113

UPDATED - Privacy Statement

Visitor Agreement

Accessibility

Site Map

Do Not Sell My Info

© Edmunds.com, Inc.

# FAQ

> How much is a 2014 Nissan Altima worth?

> Is 2014 Nissan Altima a good car?

## Sponsored cars related to the Altima

Ad



250 Horsepower
### Volvo S60

★★★★★ (3)

*Get exclusive offers during the Summer Safely Saving*

VolvoCars.us ↗

Ad



### The 2020 Mitsubishi Outlander

*Recognized by IIHS with its 2019 Top Safety Pick award*

Mitsubishicars.com ↗

35 combined MPG
### Hyundai ELANTRA

★★★★☆ (28)

HyundaiUSA.com ↗

>



Download the Edmunds app

 

Help

About Us

Contact Us

Careers

Affiliate Program

Dealer Center

Your Ad Choices

Continue

Not ready to sell? Save this offer

## We Want Your Feedback

How likely are you to recommend Edmunds to a friend?

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|----|

Not Likely                                                    Very Likely

(5)  **Cash Offer**

(6)  **Condition Questions**

(7)  **Instant Offer**



NISSAN®
Certified Pre-Owned
Intelligent Selection                                              Ad

**Find Deals Near 87122**

Check out current offers on the Nissan Altima

VIEW OFFERS ↗

CPO.NissanUSA.com

ent



Sell  /  Find Your Car's Value  /  Results

# Vehicle Valuation

**Nissan Altima 4dr Sdn I4 2.5 SL**
Zip Code: 87122 | Mileage: 62,000

## $5,605 - $10,750*



Feedback

### Sell Your Car & Maximize Its Value

Expect: **$7,775 - $10,750***

Create a Cars.com
Classified Listing

Reach 13 Million Shoppers
Basic Package is Free
Average Time To Sell 3 to 8 Weeks

### Get Online Offers From Dealers Fast

Expect: **$5,605 - $8,730***

Sell My Car to a Dealer

Compare Up to 4 Offers Online
No Cost or Commitment
Offers In as Fast as an Hour

* Price ranges are based on Black Book's average to rough car conditions and market data. The amount you can expect is lower if the buyer has to spend money on repairs to re-sell your car. Learn More

Powered by 

# Selling Your Car?

Explore tools and advice that will prepare you to sell or trade your car.

Explore How to Sell Your Car



**Sell your car in-person to a dealer**

Schedule Appraisals ›



**Add Security to your car transaction**

How Escrow.com works ›

Feedback

## Our Company

About Cars.com

Investor Relations

Contact Cars.com

Mobile Apps

Site Map

Careers

Fraud Awareness

Licensing & Reprints

## Buying & Selling

Find a Car

Certified Pre-Owned

Sell Your Car

Car Book Values

Car Dealers

Compare Car Prices

Listings by City

## Our Partners

Auto.com

NewCars.com

Terms of Service     Privacy Statement     California Privacy Notice     Ad Choices     [+] Feedback

© 2020 Cars.com. All rights reserved.

# Value a Car



Powered by
Kelley Blue Book
KBB.COM
The Trusted Resource

## Kelley Blue Book®
## Private Party Value ❓

| Condition | Value |
|---|---|
| Excellent (3%) ❓ | $10,340 |
| Very Good (23%) ❓ | $9,579 |
| Good (54%) ❓ | $9,001 |
| Fair (18%) ❓ | $8,415 |
| Enter your own asking price: | |

See Kelley Blue Book® Trade-In Value Range

# Use the selected value as the selling price on your Autotrader ad.

You may make more money with a private sale.

Sell a Car on Autotrader

Value as of 08/21/2020 for NM, 87122.

# Vehicle Details

**2014 Nissan Altima**

2.5 Sedan 4D

**Mileage** Edit

62000

**Features** Edit

- Drive: FWD
- Transmission: Automatic, Xtronic CVT
- Engine: 4-Cyl, 2.5 Liter

**Options/Equipment** Edit

- Traction Control
- Vehicle Dynamic Control
- ABS (4-Wheel)
- Anti-Theft System
- Keyless Entry
- Keyless Start
- Air Conditioning
- Power Windows
- Power Door Locks
- Power Steering
- Tilt Wheel
- AM/FM Stereo
- CD/MP3 (Single Disc)
- Bluetooth Wireless
- Dual Air Bags
- Side Air Bags
- F&R Head Curtain Air Bags
- Steel Wheels

Initial values are based on the standard features and options. Edit the features and options to match your vehicle to get the most relevant values.

# Shopping for your next car?

We'll help you find it.

Search for a Car

© 2020 by Kelley Blue Book Co., Inc. As of 08/21/2020 Edition for NM 87122. All Rights Reserved. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions.





Home / Nissan / Altima / 2014 / **2.5 Sedan 4D**

Advertisement

Used Car Prices

# 2014 Nissan Altima

**2.5 Sedan 4D**

**Albuquerque, NM 87122** 📍

Edit Options     **Typical Mileage: 84,499**     Edit           See T

Advertisement

**31 MPG**
Combined Fuel Economy

4.2 ⭐ Consumer        4.2 ⭐ KBB.com ›

### Search Available Vehicles



Ad    |    **Popular Now**   Best SUV Deals in April 2020

# Pricing

Updated weekly, pricing for the **2014 Nissan Altima 2.5 Sedan 4D** is based on the vehicle without options.

**Buy from a Dealer**     **Buy Certified from a Dealer**     **Buy from a Private Party**



Fair Market Range
**$8,677 - $10,488**

Fair Purchase Price
**$9,583**

Typical
Listing Price
**$9,922**

ⓘ Important info
& Definitions

Valid for ZIP Code 87122 through 8/20/2020

Advertisement

**Dealer Home Service**
# We'll Bring This Vehicle to You.



Video Walkaround



Test Drive at Home



Local Home Delivery

Find out about   Dealer Home Services

Search Available Vehicles

Ad

**Popular Now**   Best SUV Deals in April 2020

## 28 Nissan Altima vehicles in your area.



GREAT PRICE

Used 2013

# Nissan Altima 2.5 S

# $8,188

Galles Chevrolet

GREAT PRICE

Used 2015

# Nissan Altima 2.5 S

# $9,950

M & F Auto Sales - Lomas



Ad

**Popular Now** Best SUV Deals in April 2020

 GREAT PRICE

Used 2016

# Nissan Altima 2.5 S

# $10,963

Reliable Nissan

 GREAT PRICE

Used 2015

# Nissan Altima 2.5 SV S

# $11,900

Vroom - Get It Delivered Nationwide, Contact-Free

Ad | **Popular Now** Best SUV Deals in April 2020

Advertisement

Advertisement

Advertisement

Advertisement

Ad

**Popular Now**   Best SUV Deals in April 2020



**GREAT PRICE**

Used 2015

# Nissan Altima 2.5 S

# $12,795

DriveTime Wyoming

Advertisement



GOOD PRICE

Used 2014

# Nissan Altima 2.5 S

# $8,500

High Desert Auto Wholesale

Ad

**Popular Now** Best SUV Deals in April 2020

Used 2013

# Nissan Altima 2.5 S

# $8,970

Forthright Auto



Advertisement

 GOOD PRICE

Used 2014

# Nissan Altima 2.5 SV Sedan

# $10,950

High Desert Auto Wholesale

 GOOD PRICE

Ad

**Popular Now** Best SUV Deals in April 2020

Used 2014 Nissan Altima 2.5 Sedan 4D Prices | Kelley Blue Book

# Nissan Altima 2.5 S

## $13,195

DriveTime Wyoming

Used 2012

# Nissan Altima 2.5 S Coupe

## $9,950

Car Pros

Used 2015

# Nissan Altima 2.5 S

Ad  |  **Popular Now** Best SUV Deals in April 2020

Used 2016 Nissan Altima Sedan #02 Prices / Kelley Blue Book

**$11,795**

DriveTime Wyoming

Advertisement

Used 2016

# Nissan Altima 2.5 SL Sedan

**$18,949**

ABQ Auto Deals

28 Nissan Altimas for sale near you.

**Cars for Sale Near me**

Ad

**Popular Now** Best SUV Deals in April 2020

# Used Car Price Quote

2014 Nissan Altima

2.5 S Sedan 4D

Change Vehicle

## Get the best deal on a used car!

Compare prices from three local dealers.      Change ZIP Code

☐ **Happy Days Motor Company**

1705 SAN MATEO BLVD NE

Albuquerque, NM 87110

7 miles away

☐ **High Desert Auto Wholesale**

>

Advertisement

# Payment Calculator

## $163/month*

Estimated payments shown based on 3.19% APR for 60 months with $1,000 down for well-qualified buyers. Payments and terms shown here are for informational purposes only and do not constitute an actual offer or commitment to lend by a lender.

©EVOX IMAGES

Ad | **Popular Now** Best SUV Deals in April 2020

# Specifications

**Fuel Economy**
City 27/Hwy 38/Comb 31 MPG

**Max Seating**
5

**Fuel Type**
Gas

**Horsepower**
182 @ 6000 RPM

**Basic Warranty**
3 years or 36000 miles

**Cargo Space**
15.4 cu.ft.

See All Specifications

Advertisement

>

©EVOX IMAGES

# Next Steps to Buying Smart

Sponsored by Experian

## Get Your Fico Score

See how much you could save with experian

Get Started →

Sponsored by Geico

## Need Car Insurance?

See how much you could save with Geico.

Ad

**Popular Now** Best SUV Deals in April 2020



## You'll Like This Car If...

If you like choice, the 2014 Nissan Altima delivers a broad range of models, features and engines including an available V6. Impressive fuel economy on the 4-cylinder model will likely win over most buyers, as will th...

## You May Not Like This Car If...

While the Altima offers a lot of great features, it is outgunned by more lavish (and expensive) offerings from Kia, Hyundai and Chevrolet. Those seeking a hybrid or diesel option will need to shop elsewhere.

Read Full Review →

# 2014 Nissan Altima
# KBB.com Consumer Reviews

Advertisement

# 4.2 ★★★★☆ Consumer Rating    344 ratings

| | | | |
|---|---|---|---|
| Value | 4.2 | Performance | 4.2 |
| Quality | 4.2 | Comfort | 4.4 |
| Reliability | 4.3 | Styling | 4.4 |

See More Reviews →

# 2014 Nissan Altima 2.5 Sedan 4D Safety

## 2014 Nissan Altima 2.5 Sedan 4D Safety Technology

- Child Door Locks
- Child Seat Anchors
- Driver Airbag
- Passenger Airbag
- Stability Control

Ad          | **Popular Now**  Best SUV Deals in April 2020

- Traction Control

- Front Head Curtain Airbag

- Front Side Airbag

- Rear Head Curtain Airbag

# 5.0 ★★★★★ Crash Test Rating

Provided by the National Highway Traffic Safety Administration

| | | | |
|---|---|---|---|
| Frontal Crash | 5.0 | Side Barrier | 5.0 |
| Rollover Rating | 4.0 | Side Crash | 5.0 |

Advertisement

›

# 2014 Nissan Altima 2.5 Sedan 4D Comparison



2014 Nissan Altima

+



2014 Chrysler 200

+



Ad

**Popular Now**   Best SUV Deals in April 2020

2014 Buick Regal

+



2014 Volkswagen Passat

**Compare These Vehicles** →

Advertisement

## Other Years

| | |
|---|---|
| 2017 Nissan Altima 2.5 Sedan 4D | 2009 Nissan Altima 2.5 Sedan 4D |
| 2016 Nissan Altima 2.5 Sedan 4D | 2008 Nissan Altima 2.5 Sedan 4D |
| 2015 Nissan Altima 2.5 Sedan 4D | 2007 Nissan Altima 2.5 Sedan 4D |
| 2014 Nissan Altima 2.5 Sedan 4D | 2006 Nissan Altima 2.5 Sedan 4D |
| 2013 Nissan Altima 2.5 Sedan 4D | 2005 Nissan Altima 2.5 Sedan 4D |
| 2012 Nissan Altima 2.5 Sedan 4D | 2004 Nissan Altima 2.5 Sedan 4D |
| 2011 Nissan Altima 2.5 Sedan 4D | 2003 Nissan Altima 2.5 Sedan 4D |
| 2010 Nissan Altima 2.5 Sedan 4D | 2002 Nissan Altima 2.5 Sedan 4D |

>

FAQ                              About Us

Contact Us                       Careers

Don't Sell My Info               Corporate

Ad            **Popular Now**  Best SUV Deals in April 2020

Used 2014 Nissan Altima 2.5 Sedan 4D Prices | Kelley Blue Book

Advertising                                               KBB Brazil

Media                                                   KBB Canada

Site Map

© 1995-2020 Kelley Blue Book Co.®, Inc. All rights reserved.

Copyrights & Trademarks   |   Terms of Service   |   Privacy Policy   |   Linking Policy   |   Ad Choices ▷

Advertisement

Ad         |      **Popular Now**   Best SUV Deals in April 2020