# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## ZOOM Clerk's Minutes
## Before the Honorable Kea W. Riggs

**CASE NO.** CR 19-3595 KWR			**DATE:** October 7, 2020

**TITLE:** *USA v. Angelita Benally*

**COURTROOM CLERK:** C. Bevel			**COURT REPORTER:** J. Goehl

**COURT IN SESSION:** 9:58AM-10:06AM		**TOTAL TIME:** 8 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  Frederick Mendenhall                              Emily Carey

          USPO: George Rodriguez

**PROCEEDINGS:**

9:58am    Court in session, counsel enters appearances, defendant present and all counsel via zoom.

9:59am    Court addresses counsel regarding status of outstanding restitution. Court denies request for property loss, Court has reviewed response by government with all attachments. Court turns to claim for loss on vehicle.

10:01am   Mr. Mendenhall request court award restitution on the vehicle.

10:01am   Ms. Carey responds, agrees with amount claimed for vehicle. Some confusion as to whom the money is owed regarding the vehicle.

10:03am   Mr. Mendenhall has nothing to add. Does not believe any insurance claim was made by victim for loss of vehicle.

10:04am   Court will award $5424 for loss and value of Nissan altma. Court will prepare an order as to this decision.

10:04am   Ms. Carey address manner and method of payment for restitution. Requests monthly

payments, to begin 30 days after release from custody.

10:06am    Mr. Mendenhall has no objection.

10:06am    Court orders restitution in monthly payments of $100 or 10% of income, which is deferred for 30 days after release from custody.

10:06am    Court in recess.