# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.     Case No. 1:19-cr-03595 KWR

ANGELITA BENALLY,

    Defendant.

## ORDER ON RESTITUTION

THIS MATTER comes before the Court upon a final restitution hearing held on October 7, 2020.  The Court also held a preliminary restitution hearing on September 24, 2020.  At those hearings, the Court heard objections concerning the restitution amounts owed to victim J.G.

For the reasons stated on the record at those two hearings, and with the agreement in part of the parties, the Court orders restitution as follows for victim J.G.: (1) $5,424 for loss of a Nissan Altima and (2) medical expenses in the amount of $4,216.  The Court denied restitution for the value of certain lost personal property.

Furthermore, at a hearing on July 1, 2020, restitution was previously ordered for R.G. for the cost of attending two court hearings in the amount of $515.20.  **Doc. 45.**

With the agreement of the parties, the Court will allow Defendant to make installment payments on restitution.  Payments shall be deferred until 30 days after Defendant is released from incarceration.  Installment payments shall be in the amount of $100 or 10% of her wages, whichever is greater.

**IT IS SO ORDERED.**



KEA W. RIGGS
UNITED STATES DISTRICT JUDGE