**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                                   Case No. 19-CR-3595-KWR

ANGELITA BENALLY,

      Defendant.

## <u>NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that Defendant-Movant Angelita Benally, by and through her counsel of record, Assistant Federal Public Defender Emily P. Carey, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the *Judgment in a Criminal Case* (Doc. 63) entered in this cause on October 16, 2020.

Dated: October 27, 2020.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

*Electronically filed October 27, 2020*
/s/ Emily P. Carey
Assistant Federal Public Defender
Attorney for Defendant

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following: Frederick Mendenhall III, Assistant United States Attorney.

*Electronically filed October 27, 2020*
/s/ Emily P. Carey
Assistant Federal Public Defender