# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

November 24, 2020

Jane K. Castro
Chief Deputy Clerk

Emily P. Carey
Office of the Federal Public Defender
District of New Mexico
111 Lomas, NW, Suite 501
Albuquerque, NM 87102

**RE:**    **20-2157, United States v. Benally**
Dist/Ag docket: 1:19-CR-03595-KWR-1

Dear Counsel:

This is to give notice that the district court transmitted the record on appeal to the clerk of this court on November 24, 2020. *See* 10th Cir. R. 11.2(A) and 31.1(A)(2).

Appellant's brief must be filed on or before January 4, 2021. Appellee's brief shall be filed 30 days after service of appellant's brief. Appellant may file a reply brief within 21 days after service of appellee's brief.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:    Frederick T Mendenhall III

CMW/jjh